UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Daniel John Lueth,

Plaintiff,

vs.

City of Glencoe, Minnesota;
Chief of Police Wes Olson in his official and individual capacity,

Defendants.

Court File: 01-CV-2251 PAM/RLE

**STIPULATION AND ORDER**

---

Under the current Scheduling Order dated August 21, 2002, there is a discovery deadline of April 1, 2003; non-dispositive motion deadline of April 1, 2003; and a dispositive motion deadline of May 1, 2003. In addition, there is a trial ready date of June 1, 2003. The parties have requested Magistrate Judge Raymond L. Erickson to hold a Settlement Conference to provide the parties with an opportunity to resolve this matter before additional significant costs and fees are incurred by all of the parties. Under the circumstances, the parties hereby stipulate to a 45 day extension to the discovery deadline, non-dispositive and dispositive motion deadlines and the trial date, and request the Court issue the attached Order.

Dated: 3-17-03

JAMES M. VENTURA

By James M. Ventura
James M. Ventura
Attorneys for Plaintiff
1421 Wayzata Boulevard, Suite 208
Wayzata, MN 55392

Dated: 3/17/03

ROBERT M. GARDNER

By Robert M. Gardner
Robert M. Gardner #234977
Attorneys for Plaintiff
P.O. Box 22071
St. Paul, MN 55122-0071

(43)

MAR 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: _/17/03

ERSTAD & RIEMER, P.A.

By ____________________
Jeff M. Zalasky
Attorneys for Defendant Olson
200 Riverview Office Tower
8009 34th Avenue South
Minneapolis, MN 55425

Dated: 3/13/03

IVERSON REUVERS, LLC

By ____________________
Paul D. Reuvers (#217700)
Attorneys for Defendant Glencoe
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438

**ORDER**

The Court, having been presented with the attached Stipulation on behalf of the above parties, makes the following Order:

IT IS HEREBY ORDERED:

1. That the discovery deadline is hereby extended to May 15, 2003.

2. That the non-dispositive motion deadline is hereby extended to May 15, 2003;

3. That the dispositive motion deadline is hereby extended to June 15, 2003.

4. This case shall be ready for trial on July 15, 2003, or 30 days after the resolution of any pending dispositive motions.

BY THE COURT:

Dated: 3/21/03

Raymond L. Erickson

Magistrate Judge Raymond L. Erickson