**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Court File No.: 01-CV-2251 (PAM/RLE)

Daniel John Lueth

Plaintiff,

v.

The City of Glencoe, Minnesota, Chief of Police Wes Olson, in his official and individual capacities, Lori Adamietz, in her official and individual capacities; Glenn Pohland, in his official and individual capacities, Charles Shamla, in his official and individual capacities, George Scheidt, in his official and individual capacities, and Randy Wilson, in his official and individual capacities,

Defendants.

**STIPULATION AND ORDER FOR DISMISSAL**

---

The undersigned attorneys hereby advise the Court that plaintiff hereby dismisses all claims against Wes Olson, Lori Adamietz, Glenn Pohland, Charles Shamla, George Scheidt and Randy Wilson, in both their individual and official capacities, as a result of the incident and allegations and damages alleged in Plaintiff's Complaint. The consideration for this dismissal is zero dollars, with the agreement by Wes Olson, Lori Adamietz, Glenn Pohland, Charles Shamla, George Scheidt and Randy Wilson not to tax costs against plaintiff, or otherwise seek recovery for any attorney's fees, or expenses incurred in connection with defending this matter.

Plaintiff, by his undersigned attorney, affirmatively consents to this dismissal on the terms set forth above. Plaintiff acknowledges he has been fully advised of the merits of this matter by his attorneys and requests the Court to sign the attached Order. Therefore,

MAY 0 8 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 0 8 2003
DEPUTY CLERK

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that the claims against Wes Olson, Lori Adamietz, Glenn Pohland, Charles Shamla, George Scheidt and Randy Wilson in their individual capacities and official capacities, may be, and hereby are, dismissed on their merits and with prejudice, but without costs, disbursements or attorney's fees to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of plaintiff's claims, without costs, attorney's fees, or disbursements to any of the parties, may be entered herein.

Dated: 5-2-03

By: James M. Ventura
James M. Ventura (#147217)
Attorneys for Plaintiff Lueth
1421 East Wayzata Blvd., #208
Wayzata, MN 55391
and
Robert M. Gardner (#234977)
Attorneys for Plaintiff Lueth
P.O. Box 22071
St. Paul, MN 55122-0071

Dated: 5-06-03

**ERSTAD & RIEMER, P.A.**

By: Jeff M. Zalasky
Jeff M. Zalasky (#119660)
Attorneys for Defendant Olson
200 Riverview Office Tower
8009 - 34th Avenue South
Minneapolis, MN 55425

Dated: 5-6-03

**IVERSON REUVERS, LLC**

By: [signature]
Jon K. Iverson (#146389)
Attorneys for City of Glencoe
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
952-548-7200

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action against Wes Olson, Lori Adamietz, Glenn Pohland, Charles Shamla, George Scheidt and Randy Wilson, in both their individual and official capacities, be, and the same hereby is, dismissed with prejudice and on the merits and without costs, attorneys fees, or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 8th day of May, 2003.

BY THE COURT:

United States District Court Judge